UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**REGINALD M. GREGERSON**,                      Civil Case No. 3:12-CV-01224-KI

      Plaintiff,

                                        JUDGMENT

                v.

**COMMISSIONER of Social Security,**

      Defendant.

    Alan Stuart Graf, P.C.
    316 Second Road
    Summertown, Tennessee  38483

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Jeffrey R. McClain
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this action is

REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

    Dated this ___29th___ day of May, 2013.

    /s/ Garr M. King

    Garr M. King
    United States District Judge